1  Carlos Jato, Esq. (SBN 282710)
   **LAW OFFICE OF CARLOS JATO**
2  819 Eddy St
3  San Francisco, CA, 94109
   Tel: (415) 771-6174
4  Fax: (415) 474-3748
   Email:  cgjato@jato-law.com
5
6  Attorney for Plaintiff,
   DAVID KLEIN
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | DAVID KLEIN, | ) Case No.: CV-3:24-cv-03265 WHO
   |              | )
12 |       Plaintiff, | )
   |              | ) **STIPULATION AND ORDER**
13 |   vs.        | ) **EXTENDING HEARING DATE,**
   |              | ) **OPPOSITION AND REPLY DUE DATE**
14 |              | ) **ON DEFENDANTS' MOTION TO**
   |              | ) **DISMISS AND MOTION TO STRIKE**
15 | FARVA JAFRI, JAFRI LAW FIRM, MYKOLA | )
   | ISHCHUK, ESMERALDA FAMUTIMI and | )
16 | DOES 1-20. | )
   |              | )
17 |       Defendants. | )

18

19

20     IT IS HEREBY STIPULATED BETWEEN Plaintiff DAVID KLEIN (hereafter "KLEIN" or

21 "Plaintiff") and  Defendants FARVA JAFRI, (hereafter "JAFRI") MYKOLA ISHCHUK (hereafter

22 "ISHCHUK") and ESMERALDA FAMUTIMI (hereafter FAMUTIMI) (hereafter jointly

23 "Defendants") that the hearing date on Defendants' Motion to Dismiss and Motion to Strike

24 ("Motions"), currently set for November 27, 2024 at 2:00 pm., the opposition to the Motions, currently

25 due October 29, 2024, and the reply in support of the Motions, currently due November 5, 2025, be

26 extended as follows:

27

28

---

1  The hearing date on the motion will be December 11, 2024 or as soon thereafter as is
2  convenient with the court. The opposition to the Motions will be due November 13, 2024. and the
3  reply in support of the Motions will be due on November 20, 2024.

4  The parties are currently discussing settlement of the entire case which may well moot the
5  motion and the need for opposition to the motion.

6  IT IS SO STIPULATED AND AGREED

```
                                        /s/ Inna Nytochka
                                        PETER CATALANOTTI
                                        INNA NYTOCHKA
                                        WILSON ELSER MOSKOWITZ
                                        EDELMAN& DICKER
                                        Attorneys for Defendants, FARVA JAFRI,
                                        MYKOLA ISHCHUK and ESMERALDA
                                        FAMUTIMI


                                        /s/ Carlos Jato
                                        CARLOS JATO
                                        Attorney for Plaintiff
                                        DAVID KLEIN
```

**ORDER**

Pursuant to the stipulation of the parties, the requests for an extension on the deadlines pertaining to the pending Motion to Dismiss and Motion to Strike is hereby granted as follows: the Hearing date shall be  December 11, 2024  at   2:00 p.m.   any opposition shall be filed by  November 13, 2024   and any reply shall be filed by November 20, 2024.

IT IS SO ORDERED:

Dated:  October 30, 2024

HON. WILLIAM H. ORRICK
US DISTRICT JUDGE