1  Carlos Jato, Esq. (SBN 282710)
   **LAW OFFICE OF CARLOS JATO**
2  819 Eddy St
   San Francisco, CA, 94109
3  Tel: (415) 771-6174
4  Fax: (415) 474-3748
   Email:  cgjato@jato-law.com
5
6  Attorney for Plaintiff,
   DAVID KLEIN
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KLEIN,<br><br>                Plaintiff,<br><br>     vs.<br><br><br> FARVA JAFRI, JAFRI LAW FIRM, MYKOLA ISHCHUK, ESMERALDA FAMUTIMI and DOES 1-20.<br><br>                Defendants. | Case No.: CV-3:24-cv-03265 WHO<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING HEARING DATE, OPPOSITION AND REPLY DUE DATE ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE** |

   IT IS HEREBY STIPULATED BETWEEN Plaintiff DAVID KLEIN (hereafter "KLEIN" or "Plaintiff") and   Defendants FARVA JAFRI, (hereafter "JAFRI") and MYKOLA ISHCHUK (hereafter "ISHCHUK") (hereafter jointly "Defendants") that the hearing date on Defendants' Motion to Dismiss and Motion to Strike ("Motions"), currently set for December 11, 2024 at 2:00 pm., the opposition to the Motions, currently due November 13, 2024, and the reply in support of the Motions, currently due November 20, 2025, be extended as follows:

---

STIPULATION EXTENDING TIME FOR OPPOSITION TO AND HEARING ON MOTION TO DISMISS

- 1 -

The hearing date on the motion will be December 27, 2024 or as soon thereafter as is convenient with the court. The opposition to the Motions will be due December 4, 2024. And the reply in support of the Motions will be due on December 11, 2024.

The parties are currently negotiating a settlement of the entire case which may well moot the motion and the need for opposition to the motion.

IT IS SO STIPULATED AND AGREED

/s/ Inna Nytochka_____
PETER CATALANOTTI
INNA NYTOCHKA
WILSON ELSER MOSKOWITZ EDELMAN& DICKER
Attorneys for Defendants, FARVA JAFRI, MYKOLA ISHCHUK and ESMERALDA FAMUTIMI

_____
CARLOS JATO
Attorney for Plaintiff
DAVID KLEIN

**[PROPOSED] ORDER:**

Pursuant to the stipulation of the parties, the requests for an extension on the deadlines pertaining to the pending Motion to Dismiss and Motion to Strike is hereby granted as follows: the Hearing date shall be **January 8, 2025, at 2:00 P.M.** Any opposition shall be filed by December 4, 2024, and any reply shall be filed by December 11, 2024.

IT IS SO ORDERED:



HON. WILLIAM H. ORRICK
US DISTRICT JUDGE

STIPULATION EXTENDING TIME FOR OPPOSITION TO AND HEARING ON MOTION TO DISMISS

- 2 -