1  Carlos Jato, Esq. (SBN 282710)
   **LAW OFFICE OF CARLOS JATO**
2  819 Eddy St
   San Francisco, CA, 94109
3  Tel: (415) 771-6174
4  Fax: (415) 474-3748
   Email:  cgjato@jato-law.com
5
6  Attorney for Plaintiff,
   DAVID KLEIN

7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 DAVID KLEIN,                        ) Case No.: CV-3:24-cv-03265 WHO
                                       )
12              Plaintiff,             )
                                       ) **STIPULATION AND** ~~**PROPOSED**~~ **ORDER**
13     vs.                             ) **EXTENDING HEARING DATE,**
                                       ) **OPPOSITION AND REPLY DUE DATE**
14                                     ) **ON DEFENDANTS' MOTION TO**
                                       ) **DISMISS AND MOTION TO STRIKE**
15 FARVA JAFRI, JAFRI LAW FIRM, MYKOLA )
   ISHCHUK, ESMERALDA FAMUTIMI and     )
16 DOES 1-20.                          )
                                       )
17                                     )
                Defendants.
18
19
20
       IT IS HEREBY STIPULATED BETWEEN Plaintiff DAVID KLEIN (hereafter "KLEIN" or
21
   "Plaintiff") and   Defendants FARVA JAFRI, (hereafter "JAFRI") and MYKOLA ISHCHUK
22
   (hereafter "ISHCHUK") (hereafter jointly "Defendants") that the hearing date on Defendants' Motion
23
   to Dismiss and Motion to Strike ("Motions"), currently set for January 8, 2025 at 2:00 pm., the
24
   opposition to the Motions, currently due December 4, 2024, and the reply in support of the Motions,
25
   currently due December 11, 2024, be extended as follows:
26
27
28

1   The hearing date on the motion will be February 19, 2025 or as soon thereafter as is convenient
2   with the court. The opposition to the Motions will be due January 22, 2025. And the reply in support
3   of the Motions will be due on January 31, 2025.

4   The parties apologize to the court for the delay in finalizing the settlement agreement (this is
5   the third extension requested by the parties). However, the parties are working diligently toward
6   resolution and the delay is due to the fact that the settlement involves two actions in two different
7   states where defendants are represented by two different sets of attorneys. No further extensions are
8   anticipated.

9   Dated: December 2, 2024

10  IT IS SO STIPULATED AND AGREED

*/s/ Inna Nytochka*_____
PETER CATALANOTTI
INNA NYTOCHKA
WILSON ELSER MOSKOWITZ
EDELMAN& DICKER
Attorneys for Defendants, FARVA JAFRI,
MYKOLA ISHCHUK and ESMERALDA
FAMUTIMI

_____
CARLOS JATO
Attorney for Plaintiff
DAVID KLEIN

**[PROPOSED] ORDER:**

Pursuant to the stipulation of the parties, the requests for an extension on the deadlines pertaining to the pending Motion to Dismiss and Motion to Strike is hereby granted as follows: the Hearing date shall be February 19, 2025, at 2:00 pm, any opposition shall be filed by January 22, 2025, and any reply shall be filed by January 31, 2025.  **This is the last continuance that the Court expects to grant.**

IT IS SO ORDERED:

DATED:  December 4, 2024



HON. WILLIAM H. ORRICK
US DISTRICT JUDGE